UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHERIL PROVSTGAARD,<br>    Plaintiff(s),<br>v.<br>NYE COUNTY, et al.,<br>    Defendant(s). | Case No. 2:25-cv-00649-CDS-NJK<br>**Order**<br>[Docket No. 8] |

Pending before the Court is a motion for non-party Rachel Provstgaard to file electronically. Docket No. 8.

*Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b). Electronic filing by *pro se* parties is a privilege granted by the Court that is subject to the Court's inherent authority in managing its docket. *See Silver v. Wolfson*, 2019 U.S. Dist. Lexis 71275, at *3 (D. Nev. Apr. 26, 2019) (revoking permission for electronic filing).

Rachel Provstgaard is not a party to this case and she not authorized to proceed *pro se* on the behalf of Plaintiff. *C.E. Pope Equity Tr. v. United States*, 818 F.2d 696, 697 (9th Cir. 1987). The Court declines to give permission for Rachel Provstgaard to file electronically in this case.

Accordingly, the motion to file electronically is **DENIED**.

IT IS SO ORDERED.

Dated: April 28, 2025

                                                                                 Nancy J. Koppe<br>
                                                                                 United States Magistrate Judge